IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)     MDL DOCKET NO.: MDL-875

THIS DOCUMENT RELATES TO:

Various Plaintiffs

v.

Various Defendants

FILED

MAR 2 6 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

SEE EXHIBIT A (ATTACHED CASE LIST)

## ORDER

The Court having read and considered Certain Defendants' Motion for Leave to File a Reply in Support of Motion for Dismissals for Failure to Comply With Medical Submission Requirement of Administrative Order No. 12 (No Medically Accepted Diagnosis) and sufficient grounds for filing a Reply having been shown; now, therefore,

IT IS ORDERED:

That the motion is GRANTED. The Clerk of the Court is hereby directed to file and serve Certain Defendants' Reply in Support of Motion for Dismissals for Failure to Comply With Medical Submission Requirement of Administrative Order No. 12 (No Medically Accepted Diagnosis) which is attached as Exhibit B to Certain Defendants' Motion for Leave, in the cases designated in the Reply.

Dated: March 22, 2012.     IT IS SO ORDERED.

Eduardo C. Robreno, J.